UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES of AMERICA,


                    -against-                                        16-cr-212 (LAK)


MOUHOHMET CHERRY,

                                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ORDER**


LEWIS A. KAPLAN, *District Judge.*

            The government shall respond to Mr. Cherry's motion for compassionate release
under 18 U.S.C. § 3582(c) within two weeks of the date of this Order.

            SO ORDERED.

Dated:        November 20, 2020


                                        _____
                                                /s/ Lewis A. Kaplan  / BT

                                                    Lewis A. Kaplan
                                              United States District Judge