UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                           16-cr-0212 (LAK)

MOUHAHAMET CHERRY,

                      Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any reply to the government's opposition to defendant's motion for compassionate release shall be filed no later than December 17, 2020.

        SO ORDERED.

Dated:     December 7, 2020

                                                  /s/ Lewis A. Kaplan
                                                  Lewis A. Kaplan
                                                  United States District Judge